**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vaughn ROLLE, Defendant–Appellant.**

**No. 13–10427**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 17, 2013.

Anne Ruth Schultz, Monique Botero, Wifredo A. Ferrer, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Sheryl Joyce Lowenthal, Attorney at Law, Miami, FL, Vaughn Rolle, D. Ray

James CF–Inmate Legal Mail, Folkston, GA, for Defendant–Appellant.

Before DUBINA, WILSON and HILL, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Vaughn Rolle in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rolle's conviction and sentence are **AFFIRMED.**